No. 89–5786. FORSYTH *v.* WILLIAMS ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–5787. WOODS *v.* JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 89–5788. JACKSON *v.* GENERAL MOTORS ACCEPTANCE CORP. Sup. Ct. Ala. Certiorari denied.

No. 89–5791. GRAY *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 89–5799. LOPEZ *v.* TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89–5801. DAVENPORT *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 89–5812. HENDERSON *v.* BUTLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–5819. HOLMES *v.* HORTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–5820. BOND *v.* JOHNSTONE ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–5823. ENSMINGER *v.* BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–5826. SPAHR *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 89–5834. MCDONALD *v.* BAILEY. C. A. 6th Cir. Certiorari denied.

No. 89–5836. GLUNT *v.* KEOHANE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 89–5840. NICHOLS *v.* JABE, WARDEN. C. A. 6th Cir. Certiorari denied.